UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERAH DAWN HOLT,<br><br>         Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No. 3:23-cv-00162-LRH-CLB<br><br>**ORDER EXTENDING TIME TO FILE ANSWER AND MOTION FOR REMAND/REVERSAL** |

  On April 17, 2023, Plaintiff Terah Dawn Holt ("Holt") initiated this action, which involves judicial review of an administrative action by the Secretary of Health and Human Services, denying her claim for disability benefits under the Social Security Act. (ECF No. 1.)

  On April 21, 2023, this Court issued an order concerning review of social security cases, (ECF No. 4). The order explicitly required Holt to file any motion for remand or reversal within <u>60 days</u> of the filing of the <u>certified administrative record</u>. (*Id.* at 2.) On June 20, 2023, Defendant Commissioner Kilolo Kijakazi ("Commissioner") filed the certified administrative record. (ECF No. 10.) Thus, pursuant to this Court's order, Holt had until Monday, August 21, 2023 to file her motion for remand or reversal, but to date has failed to do so. The Court notes that the Commissioner has also failed to file an answer in this case.

  For good cause appearing, the Court *sua sponte* grants the Commissioner an extension to **Tuesday, September 5, 2023** to file an answer. The Court also *sua sponte* grants Holt an extension to **Thursday, October 5, 2023** to file her motion for reversal/remand.

///

Absent extraordinary circumstances, no further extensions of time will be granted. Finally, if either party fails to file their respective documents, the Court will consider appropriate sanctions against the offending party.

**IT IS SO ORDERED.**

**DATED**: August 22, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**