Jason D. Guinasso, Esq. (SBN 8478)
Shelby L. Webb, Esq. (SBN 16345)
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com
swebb@hutchlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERAH DAWN HOLT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security Administration,<br><br>Defendant. | Case No.: 3:23-cv-00162-LRH-CLB<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENTION OF TIME**<br>**(First Request)** |

   Plaintiff, Terah Dawn Holt, respectfully requests that the Court extend the time for Plaintiff to respond to Defendant's Response to Motion to Remand to Agency (Dkt. No. 20, filed on December 4, 2023), currently due on December 11, 2023, by 7 days, through and including December 18, 2023.

   Plaintiff further requests that all subsequent deadlines be extended accordingly.

   Good cause exists for this extension due to Plaintiff's counsel's workload, which includes an unforeseen matter in a pro bono case that is set for an evidentiary hearing this week on December 15, 2023. This hearing was unexpectedly moved due to an adverse party's failure to appear at a previously scheduled date, which has required the office for Plaintiff's counsel to shift its other deadlines, including the instant deadline to file a Reply brief in the above-

1  captioned matter. This request is made in good faith and with no intention to unduly delay the
2  proceedings, and counsel apologizes for any inconvenience to the Court.
3      Counsel for Plaintiff conferred with Defendant's counsel, who has no opposition to this
4  motion.
5      It is therefore respectfully requested that Plaintiff be granted an extension of time to
6  respond to Defendant's Response to Motion to Remand to Agency, through and including
7  December 18, 2023.

9      Dated this 11th day of December, 2023.

            Respectfully submitted,

             /s/ Jason D. Guinasso
            Jason D. Guinasso, Esq. (SBN 8478)
            Shelby L. Webb, Esq. (SBN 16345)
            HUTCHISON & STEFFEN, PLLC
            5371 Kietzke Lane
            Reno, Nevada 89511
            Tel: (775) 853-8746
            Fax: (775) 201-9611
            jguinasso@hutchlegal.com
            swebb@hutchlegal.com

            *Attorneys for Plaintiff*


            IT IS SO ORDERED.

            _____
            UNITED STATES MAGISTRATE JUDGE

            DATED:   December 11, 2023.