UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERAH DAWN HOLT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 3:23-cv-00162-LRH-CLB<br><br>ORDER |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Carla Baldwin (ECF No. 25) entered on January 4, 2024, recommending that Plaintiff Terah Dawn Holt's ("Holt") motion to remand (ECF No. 16), be denied, Defendant, the Acting Commissioner of Social Security, Kilolo Kijakazi's ("Commissioner") cross motion to affirm (ECF No. 19), be granted, and that the Clerk enter judgment and close the case. No objection to the Report and Recommendation has been filed.

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada. The Court has conducted its *de novo* review in this case and has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-1. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 25) entered on January 4, 2022, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 25) is ADOPTED and ACCEPTED.

IT IS ORDERED that Holt's motion to remand (ECF No. 16) is DENIED.

1

IT IS ORDERED that the Commissioner's cross motion to affirm (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED.

DATED this 2nd day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2